IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN L. MARKIEWICZ,**

**Plaintiff,**

v.

**DONALD SNYDER, et al.,**

**Defendants.**                                                              No. 01-CV-0230-DRH

ORDER

**HERNDON, District Judge:**

Pending before the Court is Plaintiff's third motion for extension of time (Doc. 163). Specifically, Plaintiff moves to reschedule the trial in this case set for April 30, 2007. Said motion is **GRANTED**. The Court **CONTINUES** the trial to September 17, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Signed this 9th day of April, 2007.

/s/      David   RHerndon
**United States District Judge**