IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN L. MARKIEWICZ,**

**Plaintiff,**

**v.**

**DONALD SNYDER, et al.,**

**Defendants.**                                                                 **No. 01-CV-0230-DRH**

### ORDER

**HERNDON, District Judge:**

Now before the Court is Plaintiff's motion for extension of time (Doc. 165). Specifically, Plaintiff moves the Court to reschedule the trial date set for September 17, 2007. Said motion is **GRANTED**. The Court will set this matter for a status conference with the attorneys and Plaintiff at a later date.

**IT IS SO ORDERED.**

Signed this 5th day of September, 2007.

/s/      DavidRHerndon
**United States District Judge**