IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**JOHN L. MARKIEWICZ,**

**Plaintiff,**

**v.**

**DONALD SNYDER, et al.,**

**Defendants.**                    No. 01-CV-0230-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. Plaintiff's counsel informed the Court that a settlement conference may be beneficial at this stage in the litigation. Thus, the Court **REFERS** this matter to Magistrate Donald G. Wilkerson to conduct a settlement conference.

Signed this 17th day of March, 2008.

/s/    David R Herndon

**Chief Judge**
**United States District Court**