IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN L. MARKIEWICZ, )
)
     Plaintiff, )
)
v. ) CIVIL ACTION NO. 01-230-DRH
)
MARY WEST, et al, )
)
     Defendants. )

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came to hearing before the Court by way of a jury trial on September 8 and 9, 2009.

**IT IS ORDERED AND ADJUDGED** that pursuant to the oral Order of the Court, granting defendants' oral motion for judgment as a matter of law on September 9, 2009, judgment is entered in favor of the defendants, **BETSY SNYDERS, C/O JOKISCH, RON SCHLIEF, FRANK BENEDICT, MIKE NESBITT, RON TUTTLE, MICHAEL QUIGLEY, and ITSY ELLSWORTH** and against plaintiff, **JOHN L. MARKIEWICZ**.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to plaintiff's oral motion for voluntary dismissal with prejudice during the course of the jury trial on September 8, 2009, judgment is entered in favor of the defendants, **MARY WEST, C/O HAWKINS, C/O A. TAYLOR, and C/O BEDINGER** and against plaintiff, **JOHN L. MARKIEWICZ.**

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the Order of this Court dated September 11, 2002, judgment is entered in favor of defendants, **DONALD N. SNYDER, JR., ROGER D. COWAN, BONIFACE GROSS, W. BRIESCHKE, J. W. GOFORTH, MAVIS WITTENBORN, TOM CARTER, BOB WALKER, C/O OPOLKA, THOMAS F. PAGE, LT. GALES and C/O SCOTT** and against plaintiff, **JOHN L. MARKIEWICZ.** The dismissal of those defendants was initially without prejudice. The Complaint was not amended, no further claims were made against those defendants and therefore the Court now makes that dismissal with prejudice.------------------------------------------------------------------

                            **JUSTINE FLANAGAN, ACTING CLERK**

                            **BY:**    /s/*Sandy Pannier*
                                       **Deputy Clerk**

Dated: September 10, 2009

APPROVED: /s/    *David R Herndon*
             CHIEF JUDGE
             U. S. DISTRICT COURT